IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

**TERESA NICOLE BANKS,**

        Petitioner,

    v.                                   No. 3:12-cv-00172-ST

**ALFREDO RANGEL,**

                                    ORDER

        Respondent.

Teresa Nicole Banks
16039 S.E. Stark # 28
Portland, Oregon 97233
        Pro se

**SIMON, District Judge.**

        On February 3, 2012 Magistrate Judge Janice Stewart filed Findings and

Recommendations in this case (doc. #6). Judge Stewart recommended that the complaint be

dismissed without prejudice and with leave to file an amended complaint in 30 days. No

objections have been filed. Plaintiff filed an amended complaint on February 15, 2012 (doc. # 8).

        Under the Federal Magistrates Act, the court may "accept, reject or modify, in whole or

in part, the findings or recommendations made by the magistrate." 28 U.S.C. § 636(b)(1). If a

party files objections to a magistrate's findings and recommendations, "the court shall make a *de*

*novo* determination of those portions of the report or specified proposed findings or recommendations to which objection is made." *Id.*; Fed. R. Civ. P. 72(b)(3).

If, however, no objections are filed, the Magistrates Act does not prescribe any standard of review. In such cases, "[t]here is no indication that Congress, in enacting [the Magistrates Act] intended to require a district judge to review a magistrate's report[.]" *Thomas v. Arn,* 474 U.S. 140, 152 (1985); *see also United States v. Reyna-Tapia,* 328 F.3d 1114, 1121 (9th Cir. 2003) (*en banc*) (court must review *de novo* magistrate's findings and recommendations if objection is made, "but not otherwise").

Although in the absence of objections no review is required, the Magistrates Act "does not preclude further review by the district judge[] *sua sponte* . . . under a *de novo* or any other standard." *Thomas,* 474 U.S. at 154. Indeed, the Advisory Committee Notes to Rule 72(b) of the Federal Rules of Civil Procedure recommend that "[w]hen no timely objection is filed," the court review the magistrate's findings and recommendations for "clear error on the face of the record."

No objections having been made, the court follows the recommendation of the Advisory Committee and reviews Magistrate Judge Stewart's findings and recommendations for clear error on the face of the record. No such error is apparent. Accordingly, the court ADOPTS Magistrate Judge Stewart's Findings and Recommendation  (docket # 6).

IT IS SO ORDERED.

Dated this 3rd day of April, 2012.

/s/ Michael H. Simon

Michael H. Simon
United States District Judge

Order, Page 2